UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIA LIN,

                    Plaintiff,

          -against-                                    24-cv-7846 (AS)

UNITED STATES CITIZENSHIP AND                          ORDER
IMMIGRATION SERVICES,

                    Defendant.

ARUN SUBRAMANIAN, United States District Judge:

        The complaint in this case alleges that venue is proper in the Eastern District of New York. By October 22, 2024, plaintiff should either file an amended complaint that alleges venue in the Southern District of New York or voluntary dismiss this case for refiling in the Eastern District.

        SO ORDERED.

Dated: October 17, 2024
        New York, New York

                                    _____
                                    ARUN SUBRAMANIAN
                                    United States District Judge